UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD BURKE,            )<br>                          )<br>    Plaintiff,         )<br>                          )<br>v.                        )<br>                          )<br>HOYT CORPORATION AND      )<br>BENEFIRST LLC,            )<br>                          )<br>    Defendants.           ) | CIVIL ACTION NO.<br><br>04 10509 REK |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned matter for defendant, BeneFirst LLC.

Defendant demands a trial by jury on all issues.

> Respectfully submitted,
> BeneFirst LLC
> By Its Attorneys,
>
> _____
> Mark J. Ventola, Esq.
> BBO# 549570
> Sheehan Phinney Bass + Green, PA
> 260 Franklin Street
> Suite 1901
> Boston, MA 02110
> 617-897-5630

Dated: March 12th, 2004

## Certificate of Service

I, Mark J. Ventola, do hereby certify that on this 12th day of March 2004, I served the foregoing, by first-class mail, upon:

Melissa S. Connors, Esq.
P.O. Box 98
Swansea, MA 02777

Richard E. Burke, Jr., Esq.
Beauregard Burke & Franco
32 William Street
New Bedford, MA 02741

_____
Mark J. Ventola

- 2 -