UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RONALD BURKE,                    )
                                 )
       Plaintiff,                )
                                 )
v.                               )     CIVIL ACTION NO. 04 10509 REK
                                 )
HOYT CORPORATION AND             )
BENEFIRST LLC,                   )
                                 )
       Defendants.               )

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3) SUBMITTED BY DEFENDANT BENEFIRST LLC

Pursuant to Local Rule 16.1(D)(3) the undersigned hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outline in Local Rule 16.4.

                                 Respectfully submitted,
                                 BeneFirst LLC
                                 By Its Attorneys,

                                 _____
                                 Mark J. Ventola, Esq.
                                 BBO# 549570
                                 Sheehan Phinney Bass + Green, PA
                                 260 Franklin Street
                                 Suite 1901
                                 Boston, MA 02110
                                 617-897-5630

Dated: May 4, 2004

- 2 -

Charles Dobens, Chief Executive Officer
BeneFirst LLC

Certificate of Service

I, Mark J. Ventola, do hereby certify that on this 4th day of May 2004, I served the foregoing, by first-class mail, upon:

Melissa S. Connors, Esq.
P.O. Box 98
Swansea, MA 02777

Richard E. Burke, Jr., Esq.
Beauregard Burke & Franco
32 William Street
New Bedford, MA 02741

_____
Mark J. Ventola