UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10509REK

```
*************************************
Ronald Burke                         *
                                     *
                                     *
                         Plaintiff   *
                                     *
v.                                   *
                                     *
                                     *
                                     *
Hoyt Corporation and                 *
BeneFirst, LLC                       *
                                     *
                                     *
                        Defendants   *
                                     *
*************************************
```

## PLAINTIFF'S CERTIFICATION REGARDING LITIGATION

The undersigned Plaintiff in the above-captioned matter hereby certifies that he has conferred with counsel regarding the known and potential costs of litigation; that he is aware of his costs of litigation as well as its time and complexity, and he is aware of and has considered alternative dispute resolution programs.

Ronald Burke, Plaintiff

Date: 5-08-04

Law Offices

Paul E. Kelleher

105 Bedford Street
Fall River, MA 02720
Tel: 508-672-5800
Fax: 508-672-1949

327 Union Stret
New Bedford, MA 02724
508-991-5800

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, I mailed a copy of the within Plaintiff's Certification Regarding Litigation on the following interested persons by mailing same first class, postage prepaid:

>Mark J Ventola, Esq.
>Sheehan, Phinney, Bass & Green
>260 Franklin Street, Suite 1901
>Boston MA 02110-3112

>Richard E Burke Jr., Esq.
>Beauregard, Burke & Franco
>PO Box 952
>New Bedford MA 02740

Signed, under the pains and penalties of perjury, this 27th day of May, 2004.

*/s/ Melissa S Connors*
Melissa S Connors, Esq.

*Law Offices*

*Paul E. Kelleher*

*105 Bedford Street*
*Fall River, MA 02720*
*Tel: 508-672-5800*
*Fax: 508-672-1949*

*327 Union Stret*
*New Bedford, MA 02724*
*508-991-5800*