UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD BURKE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-10509-REK |
| ) | |
| HOYT CORPORATION and ) | |
| BENEFIT LLC ) | |
| ) | |
| Defendants ) | |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3) SUBMITTED BY DEFENDANT HOYT CORP.

Pursuant to Local Rule 16.1(D)(3) the undersigned hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully Submitted,

The Defendants,
Hoyt Corporation,

By Their Attorneys,

Law Offices Beauregard, Burke & Franco

_____
RICHARD E. BURKE, JR. BBO# 546847
P.O. Box 952
New Bedford, MA 02741
Tel. No. 508-993-0333

Dated: May 12, 2004

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

_____
JOHN OLINGER, Chief Executive Officer
Hoyt Corp.

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

CERTIFICATE OF SERVICE

I, Richard E. Burke, Jr., do hereby certify that I have served the attached **Certificate of Compliance with Local Rule 16.1(D)(3) Submitted by Defendant Hoyt Corp. and Notice of Appearance** to the following counsel:

Attorney Melissa Connors
Law Offices of Paul Kelleher
105 Bedford Street
Fall River, MA 02720
Tel. No. 508-672-5800
BBO#: 654701

Attorney Mark J. Ventola
Sheehan Phinney Bass + Green, PA
260 Franklin Street, Suite 901
Boston, MA 02110
BBO#: 549570

via first-class mail, postage prepaid, this 16th day of June, 2004.

_____
Richard E. Burke, Jr.