UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RONALD BURKE,  )  FILED IN CLERKS OFFICE
  )  2004 JUN 18 P 12:47
    Plaintiff  )
  )  U.S. DISTRICT COURT
vs.  )  DISTRICT OF MASS.
  )
  )  CIVIL ACTION NO. 04-10509-REK
HOYT CORPORATION and  )
BENEFIT LLC  )
  )
    Defendants  )

### NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned matter for defendant, Hoyt Corporation.

    Respectfully Submitted,

    The Defendant
    Hoyt Corporation
    By Its Attorneys,

    Law Offices Beauregard, Burke & Franco

    RICHARD E. BURKE, JR. BBO#: 546847
    P.O. Box 952
    New Bedford, MA 02741
    Tel. No. 508-993-0333

Dated: June 16, 2004